

1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Criminal Case No. 08CR2660-L
                                    )
                Plaintiff,          )   I N F O R M A T I O N
                                    )
        v.                          )   Title 18, U.S.C., Sec. 1001 -
                                    )   False Statement to a Federal
ROBERTO LOPEZ-MENDOZA,              )   Officer
                                    )
                Defendant.          )
_____)

14      The United States Attorney charges:

15      On or about July 14, 2008, within the Southern District of

16  California, defendant ROBERTO LOPEZ-MENDOZA, in a matter within the

17  jurisdiction of the United States Department of Homeland Security, a

18  department and agency of the United States, did knowingly and

19  willfully make false, fictitious and fraudulent statements and

20  representations as to material facts in that he did represent and

21  state to a federal officer that his date of birth was November 11,

22  1976, whereas in truth and fact, as defendant then and here well knew

23  that statement and representation was false, fictitious and fraudulent

24  when made; in violation of Title 18, United States Code, Section 1001.

25      DATED: August 12, 2008 .

26                                      KAREN P. HEWITT
                                        United States Attorney

27

28                                      CHARLOTTE E. KAISER
                                        Assistant U.S. Attorney